IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Romeo Rivera, as Special Administrator of the Estate of Miguel Alfaro, deceased**, | )<br>)<br>) |
| Plaintiff, | ) Case No. **09 C 5714** |
| vs. | )<br>) |
| **City of Chicago and Jorge A. Martinez, Star #14377**, | )<br>)<br>) |
| Defendants. | ) |

NOTICE OF REMOVAL

Defendant City of Chicago and Police Officer Jorge A. Martinez, by one of their attorneys, Arlene E. Martin, Chief Assistant Corporation Counsel of the City of Chicago, respectfully remove the above entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), §1446, and on the following grounds:

1. Defendants City of Chicago and Jorge A. Martinez were named as defendants in a civil action filed on September 2, 2009, in the Circuit Court of Cook County of the State of Illinois, case number 09 L 3962, entitled Romeo Rivera, et al. v. City of Chicago, et al..

2. The summons and complaint were served upon the City of Chicago's Police Department on or about September 2, 2009; Chicago Police Officer Jorge A. Martinez has not yet been served but will not oppose the removal. See summons and complaint attached hereto as **Exhibit A**. See additional filings prepared attached hereto as **Exhibit B**.

3. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. Plaintiff alleges that the defendants assaulted, battered and showed utter showed utter indifference and conscious disregard for safety of the plaintiff's in violation of his rights under

the fourth and fourteenth amendment of the United States Constitution and his rights under Illinois law.

    4. Defendants are entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(b) and (c).

    5. It appears from the face of plaintiff's complaint that this is, primarily, a civil rights action which arises under the United States Constitution and involves federal questions. Plaintiff's complaint alleges, among other things, that the defendants violated the rights of the plaintiff as guaranteed by the United States Constitution.

    WHEREFORE, defendants City of Chicago and Jorge A. Martinez, respectfully request that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 09 L 3962, be removed therefrom to this Court.

    Respectfully submitted,

/s/ Arlene E. Martin
Arlene E. Martin
Chief Assistant Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, IL  60602
(312) 744-9010
Atty. No. 06189906